# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DALI WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:22-CV-001313-ADA |
| | ) **JURY TRIAL DEMANDED** |
| ERICSSON INC. and TELEFONAKTIEBOLAGET LM ERICSSON, | ) |
| Defendants. | ) |
| DALI WIRELESS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:23-CV-000060-ADA |
| | ) **JURY TRIAL DEMANDED** |
| CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON CORPORATE SERVICES GROUP INC., and VERIZON ONLINE LLC, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Dali Wireless, Inc. ("Dali") and Defendants Ericsson Inc., Telefonaktiebolaget LM Ericsson (collectively, "Ericsson"), Cellco Partnership d/b/a Verizon Wireless, Verizon Corporate Services Group Inc., and Verizon Online LLC (collectively, "Verizon"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-captioned actions should both be dismissed, with prejudice, with each party to bear its own costs and expenses.

Dated: June 16, 2023

By: /s/ Cristofer I. Leffler
Cristofer I. Leffler, WA Bar No. 35020 –
LEAD ATTORNEY
David Schumann, CA Bar No. 223936
Michael Saunders, CA Bar No. 270414
Cliff Win, Jr., CA Bar No. 270517
Stefan Szpajda, WA Bar No. 50106
**FOLIO LAW GROUP PLLC**
1200 Westlake Ave. N., Suite 809
Seattle, WA 98109
Tel: (206) 880-1802
Email: cris.leffler@foliolaw.com
david.schumann@foliolaw.com
mike.saunders@foliolaw.com
cliff.win@foliolaw.com
stefan@foliolaw.com

Joseph M. Abraham, TX Bar No. 24088879
**FOLIO LAW GROUP PLLC**
13492 Research Blvd., Suite 120, No. 177
Austin, TX 78750
Tel: (737) 234-0201
Email: joseph.abraham@foliolaw.com

*Attorneys for Plaintiff Dali Wireless, Inc.*

By: /s/ Ross R. Barton
Ross R. Barton (NC Bar # 37179)
Email: ross.barton@alston.com
ALSTON & BIRD LLP
101 South Tyron Street, Suite 4000
Charlotte, NC 28280
Phone: (704) 444-1000

*Counsel for Verizon*

By: /s/ John R. Gibson
Matthew S. Yungwirth (GA Bar # 783597)
Email: msyungwirth@duanemorris.com
John R. Gibson (GA Bar #454507)
Email: jrgibson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street NE, Suite 1700
Atlanta, GA 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Joseph A. Powers
Email: japowers@duanemorris.com
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1842

Christopher J. Tyson
Email: cjtyson@duanemorris.com
**DUANE MORRIS LLP**
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Telephone: (202) 776 7851

Deron R. Dacus (Bar No. 00790553)
**The Dacus Firm, PC**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel.: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

*Counsel for Ericsson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 16th day of June 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                                                  */s/ Cristofer Leffler*
                                                  Cristofer I. Leffler

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Dali conferred with counsel for Ericsson and Verizon regarding the subject of this stipulation, and this stipulation is agreed.

                                                  */s/ Cristofer I. Leffler*
                                                  Cristofer I. Leffler